IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| **KIMBERLY YEARBY as Administrator Ad Litem for the Estate of ANTHONY D. SIVELS,** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| VS. | ) No. 1:23-cv-00265 |
| | ) JURY DEMAND |
| **WALMART INC.,** | )<br>) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

Defendant hereby gives notice of this removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against it: <u>Kimberly Yearby as Administrator Ad Litem for the Estate of Anthony D. Sivels</u>, in the Circuit Court for Hamilton County, Tennessee, No. 23C-1040.

A copy of the summons is attached as Exhibit A. A copy of the complaint is attached as Exhibit B. Plaintiff Kimberly Yearby is a citizen and resident of Hamilton County, Tennessee. Anthony D. Sivels was a citizen and resident of Hamilton County, Tennessee.

Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. Walmart Inc. is not a proper party to this action. Defendant may be referred to as "Wal-Mart" in this document. It is expected that Wal-Mart Stores East, LP, will be substituted as the proper defendant in this matter.

Wal-Mart Stores East, LP is a Delaware limited partnership. The general partner is WSE Management, LLC, a Delaware limited liability company. The limited partner is WSE Investment, LLC, a Delaware limited liability company. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC fka Wal-Mart Stores East, Inc., an Arkansas limited liability company. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. fka Wal-Mart

Stores, Inc., a Delaware corporation. There are no other owners of Wal-Mart Stores East, LLC. Walmart Inc. is and was at the times plaintiff's complaint was filed and this matter is being removed to this Court a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. Walmart Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. No publicly traded entity owns more than 10% of Walmart Inc. The principal place of business for all entities mentioned is 702 S.W. 8th Street, Bentonville, Arkansas 72716.

Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties. The parties are citizens of different states.

The amount in controversy is in excess of the federal jurisdictional requisite of $75,000. The complaint demands "judgment against the Defendant, WALMART INC., for damages in an amount of $100,000.00."

Defendant was served with process on October 24, 2023. Fewer than thirty days have expired since service of process on Defendant. This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

WHEREFORE, Defendant hereby gives notice of the removal of this action pending in the Circuit Court of Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Southern Division, and requests that the proceedings be held thereon.

    /s/ G. Andrew Rowlett
G. Andrew Rowlett, No. 16277
HOWELL & FISHER, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
#615/244-3370
arowlett@howell-fisher.com
Attorney for defendant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Court and was served via e-mail and U.S. mail upon:

Jeffrey S. Kaufman, Esq.
KAUFMAN & LYND, PLLC
200 E. Robinson Street, Suite 400
Orlando, FL 32801
Primary: craiglynd@kaufmanlynd.com
Secondary: rrosso@kaufmanlynd.com
Alternate: litigation@kaufmanlynd.com

this the 16th day of November, 2023.

/s/ *G. Andrew Rowlett*