UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KIMBERLY YEARBY, as Administrator ad litem for the Estate of Anthony D. Sivels, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-00265-SKL |
| WAL-MART STORES EAST, L.P., | ) ) | |
| Defendant. | ) ) | |

**<u>ORDER</u>**

Plaintiff Kimberly Yearby filed this case, with counsel, in her capacity "as Administrator ad litem for the Estate of Anthony D. Sivels" [see Doc. 1-3]. Plaintiff's[1] counsel was later permitted to withdraw [Doc. 35]. Plaintiff indicated she was not seeking substitute counsel at that time. Accordingly, the Court ordered the parties to each submit a brief addressing their respective position regarding whether Plaintiff could pursue this case pro se [Doc. 38]. Plaintiff failed to do so, in violation of the order. Defendant Walmart Stores East, L.P., did timely submit a brief, but the Court found Plaintiff failed to show that she had the authority to proceed pro se [Doc. 40]. The Court therefore granted Plaintiff 14 days to either (1) retain an attorney who enters an appearance in this case on her behalf/on behalf of Sivels's estate, or (2) demonstrate she meets all applicable criteria to proceed pro se in her capacity as administrator ad litem of Sivels's estate. Plaintiff was specifically forewarned that failing to timely comply with the requirements of the order would result in the dismissal of her case without further notice.

---

[1] Kimberly Yearby is pursuing the claims in this case as the Administrator Ad Litem for the Estate of Anthony D. Sivels [*see* Doc. 1-3].

Plaintiff's 14-day deadline has now passed. No attorney has entered an appearance on Plaintiff's behalf and Plaintiff has not submitted any further evidence or information to the Court or requested an extension of time. There is no indication Plaintiff has not received the Court's orders. The Court notes this is the third time Plaintiff has failed to obey the Court's orders [*see* Doc. 36 & Doc. 40].

Accordingly, Plaintiff's case against Defendant is hereby **DISMISSED WITHOUT PREJUDICE** because she has not demonstrated she meets the applicable criteria to represent Sivels's estate pro se or retained an attorney within the time allotted, and because she has failed to comply with the Court's orders multiple times, despite being specifically warned her case was subject to dismissal if the pattern continued. *See* Fed. R. Civ. P. 41(b); *Carpenter v. City of Flint*, 723 F.3d 700, 704 (6th Cir. 2013) ("It is well settled that a district court has the authority to dismiss sua sponte a lawsuit for failure to prosecute.")

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

2